# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR-03-70-D |
| RANDOLPH ADRIAN JACKSON, | ) |
| Defendant. | ) |

## JUDGMENT ORDER ON MODIFICATION OF THE CONDITIONS OF SUPERVISION

This matter comes on for hearing May 28, 2010, regarding allegations that the Defendant violated conditions of supervised release. The United States was present by counsel, Virginia L. Hines, Assistant United States Attorney, and the Defendant was present with his attorney, Bill Zuhdi.

The Defendant consented to the modifications proposed in the Request for Summons and Modification of the Conditions of Supervision filed May 19, 2010. The Court hereby modifies Defendant's conditions and he shall be placed in the Remote Location Monitoring Program on Home Curfew for the remainder of his term of supervised release. During this time, Defendant shall remain at his place of residence pursuant to curfew as set by the United States Probation Office. At the direction of Defendant's probation officer, he shall wear a GPS electronic monitoring device and follow electronic monitoring procedures

specified by the probation officer. Defendant shall promptly pay the associated monitoring fees directly to the monitoring company for each day Defendant is in the Home Confinement Program as determined per the Home Confinement Policy Manual co-payment guidelines. Defendant shall provide his current telephone number to the probation officer as soon as possible.

        Dated: May 28, 2010

                                            TIMOTHY D. DeGIUSTI
                                            UNITED STATES DISTRICT JUDGE